THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Dwayne Gelzer Appellant.
 
 
 

Appeal from Charleston County
Daniel F. Pieper,
 Circuit Court Judge
Unpublished Opinion No.  2008-UP-031
Submitted January 2, 2008  Filed January 10, 2008

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Eleanor Duffy Cleary, South Carolina Commission on Indigent Defense,
 Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER
 CURIAM:  Dwayne Gelzer
 appeals his conviction of possession of marijuana and sentence of one year
 imprisonment, suspended upon service of four months and two years probation. 
 He maintains the trial court erred in denying his motion for a directed
 verdict.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Gelzers appeal and grant counsels motion to be relieved.
 
APPEAL DISMISSED.
HEARN, C.J.,
 KITTREDGE and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.